IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GREGORY S. PETROSIAN,<br><br>         Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., *et al.*<br><br>         Defendants. | Civil Action No. 1:23-cv-1334-AJT-WEF |

## NOTICE OF SETTLEMENT

Plaintiff Gregory S. Petrosian, by counsel, notifies the Court that he has settled his claims against Defendant Trans Union, LLC ("Trans Union"). The parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

              Respectfully submitted,
              **GREGORY S. PETROSIAN**

              By: */s/ Kristi C. Kelly*
              Kristi C. Kelly, VSB #72791
              Andrew J. Guzzo, VSB #82170
              Casey S. Nash, VSB #84261
              J. Patrick McNichol, VSB #92699
              KELLY GUZZO, PLC
              3925 Chain Bridge Road, Suite 202
              Fairfax, VA 22030
              Telephone: (703) 424-7572
              Facsimile: (703) 591-0167
              Email: kkelly@kellyguzzo.com
              Email: aguzzo@kellyguzzo.com
              Email: casey@kellyguzzo.com
              Email: pat@kellyguzzo.com
              *Counsel for Plaintiff*