IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GREGORY S. PETROSIAN,<br><br>         Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., *et al.*,<br><br>         Defendants. | Civil Action No. 1:23-cv-1334-AJT-WEF |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against Defendant Equifax Information Services, LLC, which has not filed an answer or a motion for summary judgment. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

                   Respectfully submitted,
                   **GREGORY S. PETROSIAN**

                   By:  */s/ Kristi C. Kelly*
                   Kristi C. Kelly, VSB #72791
                   Andrew J. Guzzo, VSB #82170
                   Casey S. Nash, VSB #84261
                   J. Patrick McNichol, VSB #92699
                   Kelly Guzzo, PLC
                   3925 Chain Bridge Road, Suite 202
                   Fairfax, VA 22030
                   Telephone: (703) 424-7572
                   Facsimile: (703) 591-0167
                   Email: kkelly@kellyguzzo.com
                   Email: aguzzo@kellyguzzo.com
                   Email: casey@kellyguzzo.com
                   Email: pat@kellyguzzo.com
                   *Counsel for Plaintiff*