**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

GREGORY S. PETROSIAN,

                     Plaintiff,

v.                                    Civil Action No. 1:23-cv-1334-AJT-WEF

EQUIFAX INFORMATION
SERVICES, LLC., *et al.*,

                     Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, Experian Information Solutions, Inc., who has not filed an answer or a motion for summary judgment. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Respectfully submitted,
**GREGORY S. PETROSIAN**

By:    */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
*Counsel for Plaintiff*

So Ordered

Anthony J. Trenga   02/23/2024
Senior U.S. District Judge